UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD JAMES GEIST,

    Plaintiff,

v.                                      CASE NO: 8:04-cv-1442-T-23MSS

WILLIAM HILL and
CAL HENDERSON,
Hillsborough County Sheriff,

    Defendants.
_____/

## **ORDER**

The parties' stipulation for dismissal of the action with prejudice (Doc. 27) is **APPROVED**. Pursuant to Rule 41, Federal Rules of Civil Procedure, the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on May 16, 2005.

                                                  STEVEN D. MERRYDAY
                                         UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy